UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE 32BJ NORTH PENSION FUND and its BOARD OF TRUSTEES,

                                      Plaintiffs,

                -against-

UNI2532 LLC and UNI2542 LLC,

                                      Defendants.
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2025
```

**CONSENT JUDGMENT**

Case No. 7:24-cv-00100-NSR

      Upon consideration of the Joint Motion for Entry of Consent Judgment (the "Joint Motion"), it is this <u>8th day of January 2025</u> hereby ORDERED AND ADJUDGED as follows:

      IT IS ORDERED that the Joint Motion is GRANTED IN ITS ENTIRETY; and

IT IS FURTHER ORDERED that Judgment is hereby in favor of Plaintiffs the 32BJ North Pension Fund and its Board of Trustees (collectively, "Plaintiffs") and against Defendants UNI2532 LLC and UNI2542 LLC (collectively, "Defendants"); and

      IT IS FURTHER ORDERED that Plaintiffs are awarded and Defendants shall pay to Plaintiffs, jointly and severally, the total amount of FIFTY-SEVEN THOUSAND FOUR HUNDRED THIRTY-EIGHT DOLLARS AND NINETY CENTS ($57,438.90); and

      IT IS FURTHER ORDERED that this Consent Judgment is exclusive of any attorneys' fees and costs Plaintiff may incur in the event Plaintiff is required to enforce this Consent Judgment, in which case Plaintiff may petition the Court to recover any such fees pursuant to 29 U.S.C. § 1132(g)(2), or any other applicable authority; and

      IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this action pending Defendant's satisfaction of this Consent Judgment and to enforce the Parties' settlement agreement; and

23117720v2

IT IS FURTHER ORDERED that this Consent Judgment and Order is subject to execution in any court of competent jurisdiction, and any and all terms of this Consent Judgment may be enforced by Plaintiffs in any court of competent jurisdiction.

Dated: January 8, 2025
White Plains, New York

_____
Hon. Nelson S. Román
United States District Judge

**The Clerk of Court is kindly directed to terminate the motion at ECF No. 21 and is further directed to terminate the action.**

23117720v2